# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sherrie Robinson

V.

DeVille Asset Management LTD

CASE NUMBER: 1:19-cv-03887

ASSIGNED JUDGE: Hon. Edmond E. Chang

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

DeVille Asset Management LTD
c/o C T Corporation System
9360 Glacier Hwy., Ste 202
Juneau, AK 99801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Olszewski
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy., Ste. 350
Park Ridge, IL 60068

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*/s/ Patrycja Janecek*

(By) DEPUTY CLERK

June 12, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-26-19 |
| NAME OF SERVER *(PRINT)* Ivona Prkovic | TITLE Secretary |

*Check one box below to indicate appropriate method of service*

☒ ~~Certified~~ Served ~~personally~~ upon the defendant. Place where served: CT Corporation System 9360 Glacier Hwy. Ste 202 Juneau AK 99801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/2/19
*Date*

*Signature of Server*

22142 W. Nine Mile rd. Southfield MI 48033
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES POSTAL SERVICE**

June 27, 2019

Dear Reference Sherrie Robinson v DeVille Asset Management LTD:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8108 9876 5037 2273 28**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 26, 2019, 11:11 am |
| **Location:** | JUNEAU, AK 99801 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | c o C T Corporation System |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *9560 5th 202*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004